UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY J. HAWKINS                                                                PLAINTIFF
ADC #127294

V.                    No. 5:18CV00274-JM-JTR

DARRYL GOLDEN, Warden,
Delta Regional Unit, ADC, *et al.*                                              DEFENDANTS

## ORDER

The Court has reviewed the recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion to Dismiss (Doc. 11) is GRANTED, and Mr. Hawkins's claims against them are DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted.

2. Dismissal is a "STRIKE," pursuant to 28 U.S.C. § 1915(g).

Dated this 28th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE