UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY J. HAWKINS                                                        PLAINTIFF
ADC #127294

V.          No. 5:18CV00274-JM-JTR

DARRYL GOLDEN, Warden,
Delta Regional Unit, ADC, *et al.*                                      DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered on this day, this case is dismissed. All relief sought is denied, and the case is closed.

Dated this 28th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE